27227.  HUNT v. THE STATE.
27228.  SADDLER v. THE STATE.

MOBLEY, Chief Justice. The appellants in these cases, councilmen of the City of Warner Robins, are co-indictees with the appellant in *Beckman v. State,* 229 Ga. 327. Under the decision in the *Beckman* case the presentments against these appellants are invalid, since they do not charge a violation of a penal law, and the demurrers making this contention should have been sustained.

*Judgments reversed. All the Justices concur.*
SUBMITTED JUNE 12, 1972—DECIDED JULY 12, 1972.

*Aultman, Hulbert, Cowart & Daniel, Robert L. Hartley, Jr.,* for appellants.
*R. Avon Buice, District Attorney,* for appellee.